| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | | |
| Debtor 1: | MATTHEW | TROY | JOHNSON | Case #: 18-18132-MER |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | | | | Chapter: 13 |
| | First Name | Middle Name | Last Name | |

## MOTION FOR ACCEPTANCE OF STIPULATED TERMS

### Part 1  Motion

The Debtor(s), by and through counsel Todd G. Tallerday, and creditor US Bank Trust N.A., as Trustee of Bungalow Series F Trust (the "Creditor"), through its counsel Kristin Zilbertstein, Esq., of the law firm of Ghidotti Berger, LLP, request that this Court enter an Order accepting the stipulated terms set forth in the Stipulation Resolving Motion of US Bank Trust, N.A., as Trustee of Bunglaow Series F Trust for Relief from Stay, attached to this Motion as Exhibit A (the "Stipulation"), and state the following in support:

1. Creditor and Debtor have stipulated to resolve the Motion for Relief from Stay filed by Creditor on September 30, 2019, at docket no. 41, through the entry of an Order Accepting Terms of Stipulation, a copy of which is attached hereto.

WHEREFORE, the Parties request this Court enter an Order adopting the terms of the Stipulation as an Order of the Court.

### Part 2  Signature of Debtor's Counsel

Dated:   October 8, 2019

By:   */s/ Todd G. Tallerday*
Todd G. Tallerday
P70844 *(Michigan attorney registration number)*
621 17th Street, Suite 1101
Denver, CO  80293
Phone: (303) 656-6354
Fax: (303) 223-3340
ttallerday@gmail.com