UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

MATTHEW TROY JOHNSON

Debtor(s).

Bankruptcy Case No. 18-18132-MER

Chapter 13

ORDER ACCEPTING TERMS OF STIPULATION

**THE COURT**, having reviewed the Stipulation to Resolve Motion for Relief from Stay And Motion for Acceptance of Stipulated Terms submitted by the parties, and being advised, hereby

**ORDERS** that the Motion is granted, and the terms of the Stipulation are approved and made an Order of this Court.

DATED _____

BY THE COURT:

_____

United States Bankruptcy Judge